■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD ST. OURS, Appellant.—Judgment unanimously affirmed, Dillon, J. not participating. Memorandum: After a proper charge on driving while intoxicated, appellant was convicted of that offense (Vehicle and Traffic Law, § 1192, subd 3) upon sufficient evidence. We find no error requiring reversal and do not reach the issue of the constitutionality of subdivision 1 of section 1192 of the Vehicle and Traffic Law. (Appeal from judgment of Erie County Court—driving while intoxicated.) Present—Marsh, P. J., Moule, Simons, Dillon and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SCOTT, Appellant. (Appeal No. 1.)—Judgment insofar as it convicts defendant of criminal possession of a weapon in the fourth degree unanimously reversed and that count of indictment dismissed, and otherwise judgment affirmed. Memorandum: There was not sufficient evidence to show defendant's possession of a knife or dangerous instrument, independent of the greater crime of robbery in the first degree. We have examined defendant's other claims of error and find them to be without merit. Therefore, the judgment of conviction in all other respects is affirmed. (Appeal from judgment of Erie Supreme Court—murder, second degree, and other charges.) Present—Marsh, P. J., Moule, Simons, Dillon and Witmer, JJ.